

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-26-00136-CV

Patrick **MINOR,**
Appellant

v.

**KENTUCKY FRIED CHICKEN**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2025-CI-24851
Honorable Mary Lou Alvarez, Judge Presiding

PER CURIAM

Sitting:    Rebeca C. Martinez, Chief Justice
            H. Todd McCray, Justice
            Velia J. Meza, Justice

Delivered and Filed: April 15, 2026

DISMISSED FOR LACK OF JURISDICTION

Patrick Minor challenges the trial court's denial of his motion for default judgment. Ordinarily, the denial of a default judgment is an interlocutory order and not subject to appeal. *See* TEX. CIV. PRAC. & REM. CODE § 51.014(a); *Aguilar v. Livingston,* 154 S.W.3d 832, 833 (Tex. App. Houston [14th Dist.] 2005, no pet.). Such an order may be appealed only after the entry of a final judgment in the underlying proceeding. *See Samuels v. Tex. Workforce Comm'n, No. 04-25-00063-CV, 2025 WL 984588 (Tex. App.—San Antonio Apr. 2, 2025, no pet.); S. Pioneer Prop. & Cas.*

*Ins. Co. v. Wilson*, No. 01-17-00444-CV, 2018 WL 3384558, at *3 (Tex. App.—Houston [1st Dist.] July 12, 2018, no pet.).

We therefore ordered Minor to show cause why this appeal should not be dismissed for lack of jurisdiction. Minor has not responded. Accordingly, we dismiss this appeal for lack of jurisdiction. *See id*.; TEX. R. APP. P. 42.3.

PER CURIAM